STATE of Missouri, Respondent,

v.

Eugene BICKLEY, Appellant.

No. ED 75988.

Missouri Court of Appeals,
Eastern District,
Division One.

April 18, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 24, 2000.

Application for Transfer Denied
June 27, 2000.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., and PAUL J. SIMON and JAMES R. DOWD, JJ.

***ORDER***

PER CURIAM.

Eugene Bickley, appellant, appeals his convictions of murder in the first degree, section 565.020.2 RSMo 1994, and armed criminal action, section 571.015 RSMo 1994.

We have reviewed the record on appeal and the briefs of the parties and find no error of law. An extended opinion would have no precedential value, we affirm the opinion pursuant to Rule 30.25(b).